**Order filed June 21, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00006-CV
_____

## FERMIN FRANCO, INDIVIDUALLY, AND A/N/F OF KAMILA FRANCO AND DIEGO FRANCO, Appellant

### V.

## SONIA MORALES, Appellee

---

**On Appeal from the 215th District Court
Harris County, Texas
Trial Court Cause No. 2016-24798**

---

### O R D E R

Appellant's brief was originally due May 4, 2018. Appellant requested additional time to file a brief. After granting the requested extensions, appellant's brief was due June 5, 2018. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **July 6, 2018**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM